1  JEFFREY H. WOOD
   Acting Assistant Attorney General
2  Environment & Natural Resources Division
   U.S. Department of Justice
3  ANDREW S. COGHLAN (CA Bar No. 313332)
   Environmental Defense Section
4  P.O. Box 7611
   Washington, D.C. 20044
5  Tel:  (202) 514-9275
   Fax:  (202) 514-8865
6  Email: andrew.coghlan@usdoj.gov

7  *Attorneys for Defendants, United States*
   *Environmental Protection Agency,*
8  *E. Scott Pruitt, and Alexis Strauss*

**UNITED STATES DISTRICT COURT**

**NORTHEN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>Defendants. | Case No. C 3:18-cv-01604-SK<br><br>**NOTICE OF APPEARANCE** |

Please enter the appearance of Andrew S. Coghlan as counsel on behalf of Defendants, the United States Environmental Protection Agency; E. Scott Pruitt, in his official capacity as Administrator of the United States Environmental Protection Agency; and Alexis Strauss, in her official capacity as Acting Regional Administrator for the United States Environmental Protection Agency, Region IX. Mr. Coghlan is registered to use the Court's ECF system and may be served electronically using that system. If necessary, notices, orders, or other papers may also be sent to Mr. Coghlan at either of the following addresses:

1

| | | |
|---|---|---|
| 1 | **FIRST CLASS MAIL** | **OVERNIGHT MAIL DELIVERY** |
| 2 | United States Department of Justice | United States Department of Justice |
|   | Environment & Natural Resources Division | Environment & Natural Resources Division |
| 3 | Environmental Defense Section | Environmental Defense Section |
|   | P.O. Box 7611 | 601 D Street, N.W., Suite 8000 |
| 4 | Washington, DC 20044 | Washington, D.C. 20004 |

Respectfully Submitted,

Date: April 2, 2018

                                                /s/ *Andrew S. Coghlan*
Andrew S. Coghlan
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
andrew.coghlan@usdoj.gov
Tel: 202.514.9275

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of April, 2018, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Andrew S. Coghlan*

ANDREW S. COGHLAN