

U.S. Department of Justice

Environment and Natural Resources Division

*Environmental Defense Section*  Telephone: (202) 514-9275
*P.O. Box 7611*  Facsimile: (202) 514-8865
*Washington, DC 20044*  Email: andrew.coghlan@usdoj.gov

April 11, 2018

By ECF and Fed-Ex Overnight

The Honorable Yvonne Gonzalez Rogers
United States District Court
1301 Clay Street, Suite 400s
Oakland, CA 94612

**Re: Motion for Summary Judgment Pre-Filing Conference;**
*Association of Irritated Residents v. EPA*, **No. 4:18-cv-01604-YGR**

Dear Judge Gonzalez Rogers,

     Pursuant to the Court's Standing Order for Civil Cases, I write in response to Plaintiff's letter of April 10, 2018, stating its intention to file a summary judgment motion and requesting a pre-filing conference.

     The United States plans to oppose Plaintiff's motion and plans to submit a cross-motion for summary judgment. It is undisputed that EPA has missed its statutory deadline to approve or disapprove, in whole or in part, the San Joaquin Valley 2016 Plan for the 2008 8-Hour Ozone Standard (2016 Plan). But the appropriate timeline for EPA to approve or disapprove the 2016 Plan is in dispute. The United States therefore anticipates that summary judgment briefing will be focused on the issue of remedy.

     The United States does not object to Plaintiff's request for a pre-filing conference on April 20, 25, or 27. As counsel for EPA, I am prepared to appear in person for that conference. I am located in Washington, D.C., however, and because of the likely short duration of the conference, and in order to save costs to the Federal taxpayers, I respectfully request to appear by telephone. No local Department of Justice attorneys are assigned to this matter and no other Department of Justice attorneys have worked on this matter in any capacity.

     I have conferred with Plaintiff's counsel and confirmed that he would not object to my appearing at the conference by telephone.

Thank you for your consideration.

                                                    Respectfully,

                                                    <u>/s/ Andrew Coghlan</u>
                                                    Andrew Coghlan
                                                    U.S. Department of Justice
                                                    Environment & Natural Resources Division
                                                    Environmental Defense Section
                                                    *Counsel for Defendants*

cc:      Brent Newell, Law Offices of Brent J. Newell, counsel for Plaintiff (by email)

# CERTIFICATE OF SERVICE

      I certify that on April 11, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

                                                 /s/ Andrew Coghlan
                                               ANDREW COGHLAN