1  JEFFREY H. WOOD
   Acting Assistant Attorney General
2  Environment & Natural Resources Division
3  United States Department of Justice
   ANDREW S. COGHLAN (CA Bar No. 313332)
4  Andrew.Coghlan@usdoj.gov
   Environmental Defense Section
5  601 D Street N.W., Suite 8000
   Washington D.C.  20004
6  Telephone (202) 514-9275
7  Facsimile (202) 514-8865

8  *Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ASSOCIATION OF IRRITATED RESIDENTS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | Case No. 4:18-cv-01604-YGR<br><br>**STATUS STATEMENT** |
|---|---|

In continuing the Hearing on Motion to Stay (Dkt. 35), the Court directed the parties to file status statements regarding any updates in *South Coast Air Quality Management District v. Environmental Protection Agency*, 882 F.3d 1138 (D.C. Cir. 2018) ("*South Coast*").  Pursuant to that directive, the United States notes that on June 25, 2018, the panel in *South Coast* granted environmental petitioners' unopposed motion to extend time to respond to EPA's rehearing petition. The new deadline for petitioners to file their response is August 1, 2018.  EPA's reply will be due August 15, 2018.

Respectfully submitted,

Date: June 26, 2018

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment and Natural Resources Division


/s/ Andrew S. Coghlan
ANDREW S. COGHLAN (CA Bar No. 313332)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C. 20004
Tel: (202) 514-9275
Andrew.Coghlan@usdoj.gov
*Attorneys for Defendants*