# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **ASSOCIATION OF IRRITATED RESIDENTS,** <br> Plaintiff**,** <br> vs. <br> **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ET AL.,** <br> Defendants**.** | CASE NO. 18-cv-01604-YGR <br><br> **JUDGMENT** |

Judgment is hereby entered in favor of Plaintiff Association of Irritated Residents ("AIR") consistent with the Court's Order Granting in Part Motions for Summary Judgment; Denying Motion to Stay (Dkt. No. 41).

The Court **DECLARES** that Defendants U.S. Environmental Protection Agency, *et al.* (collectively "EPA") have failed to perform a non-discretionary duty imposed by 42 U.S.C. § 7410(k)(2) by failing to act on the San Joaquin Valley Unified Air Pollution Control District's 2016 Plan for the 2008 8-Hour Ozone Standard ("2016 Ozone Plan") by December 19, 2017.

The Court **ORDERS** EPA to approve or disapprove, in whole or in part, the 2016 Ozone Plan, in accordance with 42 U.S.C. § 7410(k), no later than December 19, 2018, except for the four baseline year-dependent components of the 2016 Ozone Plan.

The Court **ORDERS** EPA to approve or disapprove, in whole or in part, the four baseline year-dependent components of the 2016 Ozone Plan, in accordance with 42 U.S.C. § 7410(k), no later than January 31, 2019. The four baseline year-dependent components of the 2016 Ozone Plan are the (1) baseline year emissions inventory; (2) reasonable further progress demonstration; (3) contingency measures; and (4) motor vehicle emissions budgets.

The Court retains jurisdiction to make such orders as may be necessary or appropriate.

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated: August 10, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**